**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Marina Robinson,<br><br>    Plaintiff,<br>v.<br><br>GC Services, L.P.; and DOES 1-10, inclusive,<br><br>    Defendants. | Civil Action No.: 1:13-cv-11973-RGS |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: May 5, 2014

                                   Respectfully submitted,

                                   PLAINTIFF, Marina Robinson

                                   /s/ Sergei Lemberg

                                   Sergei Lemberg, Esq.
                                   **LEMBERG LAW, L.L.C.**
                                   1100 Summer Street, 3rd Floor
                                   Stamford, CT 06905
                                   Telephone: (203) 653-2250
                                   Facsimile:  (203) 653-3424
                                   slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 5, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                   By /s/ Sergei Lemberg_____

                                        Sergei Lemberg